Nelson Mullins Riley & Scarborough LLP
CRISPIN L. COLLINS (SBN 311755)
crispin.collins@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:   424.221.7400
Facsimile:    424.221.7499
Email:         crispin.collins@nelsonmullins.com

Attorney for Defendant
AKZO NOBEL COATINGS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Akzo Nobel Coatings Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>GMP Cars, LLC and Geoffrey M. Palermo,<br><br>    Defendant. | Case No. _____<br><br>**COMPLAINT FOR:**<br><br>   1. **BREACH OF GMP SUPPLY AGREEMENT**<br>   2. **BREACH OF THE TEAM RIDE SHARE SUPPLY AGREEMENT**<br>   3. **UNJUST ENRICHMENT**<br>   4. **COLLECTION ON GUARANTY**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Akzo Nobel Coatings Inc. ("Akzo Nobel") for its Complaint against defendants GMP Cars, LLC ("GMP") and Geoffrey M. Palermo ("Palermo") (collectively "Defendants") allege as follows:

## PARTIES

1. Plaintiff Akzo Nobel Coatings Inc. ("Akzo Nobel") is a corporation organized under the laws of the State of Delaware, with its principal place of business at 535 Marriott Drive, Suite 500, Nashville, Tennessee 37214.

2. Defendant GMP Cars, LLC ("GMP") is a limited liability company under the laws of

the State of California whose members are all citizens of the State of California.

Defendant Geoffrey M. Palermo ("Palermo") is a citizen and resident of the State of California.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Akzo Nobel does not share the same citizenship with any Defendant, and there is complete diversity of citizenship between the parties.

5. This Court has personal jurisdiction over Defendants because they all do business in this district.

6. Akzo Nobel does substantial business in the state of California and this district.

7. Pursuant to 28 U.S.C. § 1391(b)(1) and (2), venue is proper in this judicial district because it is the district where all of the Defendants do business and in which a substantial part of the events or omissions giving rise to the claims occurred.

## BACKGROUND FACTS

8. Akzo Nobel is a manufacturer of car refinishes and coatings, including the Sikkens brand paint products (the "Products"). The Products are distributed to wholesalers, automotive body shops, car dealerships, and other customers.

9. GMP is a former customer of Akzo Nobel that owned and operated ten automotive collision repair and refinish facilities located throughout California.

10. Palermo is the owner of GMP.

11. On November 30, 2018, GMP entered into a Supply Agreement with Akzo Nobel (the "GMP Supply Agreement"), effective through either GMP meeting the Term Purchase Commitment or November 29, 2025, whichever occurred later, unless earlier terminated pursuant to the Agreement. A true and accurate copy of the executed GMP Supply Agreement is attached as **Exhibit A** and is incorporated herein by reference.

12. Pursuant to the GMP Supply Agreement, GMP agreed, among other things, to purchase during the term of the Agreement from Akzo Nobel a minimum of Twenty Million Seven Hundred Sixty Nine Thousand Six Hundred Fifty One Dollars ($20,769,651) of Sikkens brand paint, as

"calculated based upon net purchases which shall mean the total paint sales to [ICC] during the applicable period less all credits, discounts, rebates, incentives, allowances, returns, freight, bad debts, sales taxes and/or other similar taxes" (the "Term Purchase Commitment"). See **Exhibit A** at Section 2. D.; see also id. at Section 2. B. ("During the Term, Customer shall purchase … all of Customer's requirements for Paint and Allied Products (as defined below) used by Customer at all automotive collision repair and refinish facilities owned and/or operated by Customer.").

13. In exchange for this purchase commitment, Akzo Nobel agreed to advance to GMP a pre-paid discount totaling Three Million Dollars ($3,000,000) (the "GMP Advance"). See Exhibit A at Section 5. A.

14. In addition, as security for GMP's repayment obligations under the Supply Agreement, GMP granted Akzo Nobel a security interest in its goods, instruments, promissory notes, chattel paper, documents, books and records, accounts, accounts receivable, equipment, inventory, commercial tort claims, general intangibles, payment intangibles, and software, together with all proceeds and all support obligations thereof. See **Exhibit B**.

15. Pursuant to its terms, if the GMP Supply Agreement was terminated for any reason prior to the expiration of the seven (7) year term, GMP would be obligated to repay Akzo Nobel the unearned GMP Advance. Specifically, Section 8 B. of the GMP Supply Agreement provides: "If this Agreement is terminated for any reason prior to the expiration of the Term, Customer shall immediately repay in full to Akzo Nobel the unearned Advance. The unearned Advance is determined as follows: Until such time as Customer's aggregate gross Sikkens brand Paint purchases under this Agreement exceed 60% of the Term Purchase Commitment or Twelve Million Four Hundred Sixty-One Thousand Seven Hundred Ninety-One Dollars ($12,461,791) (The "Threshold Level"), the unearned Advance will be one hundred percent (100%) of the Advance. See **Exhibit A** at Section 8. B.

16. Pursuant to Section 9. F., Palermo signed the GMP Supply Agreement as a guarantor, in which he agreed to irrevocably and unconditionally guarantee the prompt and complete payment and performance of all of GMP's obligations under the GMP Supply Agreement. See **Exhibit A** at Section 9. F.

17. By letter dated April 27, 2021, pursuant to Section 8 A. (iii) and (viii) of the GMP Supply Agreement, Akzo Nobel provided notice of termination of the GMP Supply Agreement, effective immediately. See 4/27/21 Ltr. From Griffin to Palermo, attached hereto as **Exhibit C**.

18. As of the effective date of termination of the GMP Supply Agreement, GMP's paint purchases totaled only One Million Four Hundred and Eleven Thousand Seven Hundred Dollars and 53/100 (**$1,411,700.53**) and, thus, did not meet the Threshold Level.

19. As a result, pursuant to the express terms of the GMP Purchase Agreement, GMP owes Akzo Nobel Three Million Dollars (**$3,000,000.00**) for the Unearned GMP Advance monies due under the Supply Agreement. See **Exhibit A** at Section 8. B.

20. On January 2, 2019, GMP entered into a second supply agreement with Akzo Nobel (the "Team Ride Share Supply Agreement"), effective through either GMP meeting the Term Purchase Commitment or January 1, 2024, whichever occurred later, unless earlier terminated pursuant to the Agreement. A true and accurate copy of the executed Team Ride Share Supply Agreement is attached as **Exhibit D** and is incorporated herein by reference.

21. Pursuant to the Team Ride Share Supply Agreement, GMP agreed, among other things, to purchase during the term of the Agreement from Akzo Nobel a minimum of Four Million Five Hundred Sixty Eight Thousand Fifty Nine Dollars ($4,568,059) of Sikkens brand paint, as "calculated based upon gross purchases which shall mean the total paint sales to Team Ride Share during the applicable period before all credits, discounts, rebates, allowances, freight, bad debts, sales taxes and/or other similar taxes." (the "Team Ride Share Term Purchase Commitment"). See **Exhibit D** at Section 2. D.

22. In exchange for the Team Ride Share Term Purchase Commitment, Akzo Nobel agreed to advance to GMP an additional pre-paid discount totaling Two Hundred and Fifty Thousand Dollars ($250,000) (the "Team Ride Share Advance"). See **Exhibit D** at Section 5. A.

23. In addition, as security for GMP's repayment obligations under the Team Ride Share Supply Agreement, GMP granted Akzo Nobel a security interest in its goods, instruments, promissory notes, chattel paper, documents, books and records, accounts, accounts receivable, equipment, inventory, commercial tort claims, general intangibles, payment intangibles, and

software, together with all proceeds and all support obligations thereof.  See **Exhibit E**.

24. Pursuant to its terms, if the Team Ride Share Supply Agreement was terminated for any reason prior to the expiration of the term, GMP would be obligated to repay Akzo Nobel the unearned Advance. Specifically, Section 8 B. of the Team Ride Share Supply Agreement provides "If this Agreement is terminated for any reason prior to the expiration of the Term, Customer shall immediately repay in full to Akzo Nobel the unearned Advance. The unearned Advance is determined as follows:  Until such time as Customer's aggregate gross Sikkens brand Paint purchases under this Agreement exceed 60% of the Term Purchase Commitment or Two Million Seven Hundred Forty Thousand Eight Hundred Sixty-Five Dollars ($2,740,865) (The "Threshold Level"), the unearned Advance will be one hundred percent (100%) of the Advance. See **Exhibit D** at Section 8. B.

25. Pursuant to Section 9. F. of the Team Ride Share Supply Agreement, Palermo executed the Supply Agreement as a guarantor, in which he agreed to irrevocably and unconditionally guarantee the prompt and complete payment and performance of all of GMP's obligations under the Agreements. See **Exhibit D** at Section 9. F.

26. By letter dated April 27, 2021, pursuant to Section 8 A. (iii) and (viii) of the Team Ride Share Supply Agreement, Akzo Nobel provided notice of termination of the Team Ride Share Supply Agreement, effective immediately. See 4/27/21 Ltr. From Griffin to Palermo, attached hereto as **Exhibit F**.

27. As of the effective date of the termination of the Team Ride Share Supply Agreement, GMP's paint purchases totaled only Six Hundred Thousand Dollars ($600,000) and, thus, did not meet the Threshold Level.

28. As a result, pursuant to the express terms of the Team Ride Share Supply Agreement, GMP owes Akzo Nobel and additional Two Hundred and Fifty Thousand Dollars ($250,000.00) for the unearned Team Ride Share Advance monies due under the Supply Agreement. See **Exhibit D** at Section 8. B.

29. Therefore, the total amount owed by GMP and Palermo to Akzo Nobel under the GMP Supply Agreement and the Team Ride Share Agreement is Three Million Two Hundred and Fifty

Thousand dollars (**$3,250,000.00**).

## COUNT I

### (Breach of GMP SUPPLY AGREEMENT)

30. Akzo Nobel re-alleges and incorporates by reference the preceding Paragraphs of its Complaint as if fully set forth herein.

31. The GMP Supply Agreement is a valid and binding contract between the parties, and the contract is supported by valid consideration.

32. Prior to the termination of Defendants' business relationships with Akzo Nobel, Akzo Nobel fully performed their obligations pursuant to the terms and conditions of the GMP Supply Agreement.

33. Pursuant to the GMP Supply Agreement, GMP agreed, among other things, to purchase during the term of the Agreement from Akzo Nobel a minimum of Twenty Million Seven Hundred Sixty Nine Thousand Six Hundred Fifty One Dollars ($20,769,651) of Sikkens brand paint, as "calculated based upon net purchases which shall mean the total paint sales to [ICC] during the applicable period less all credits, discounts, rebates, incentives, allowances, returns, freight, bad debts, sales taxes and/or other similar taxes (the "Term Purchase Commitment"). See **Exhibit A** at Section 2. D.; see also id. at Section 2. B. ("During the Term, Customer shall purchase … all of Customer's requirements for Paint and Allied Products (as defined below) used by Customer at all automotive collision repair and refinish facilities owned and/or operated by Customer.").

34. In exchange for this purchase commitment, Akzo Nobel agreed to advance to GMP a pre-paid discount totaling Three Million Dollars ($3,000,000) (the "GMP Advance"). See **Exhibit A** at Section 5. A.

35. Pursuant to its terms, if the GMP Supply Agreement was terminated for any reason prior to the expiration of the seven (7) year term, GMP would be obligated to repay Akzo Nobel the unearned GMP Advance. Specifically, Section 8 B. of the GMP Supply Agreement provides: "If this Agreement is terminated for any reason prior to the expiration of the Term, Customer shall immediately repay in full to Akzo Nobel the unearned Advance. The unearned Advance is determined as follows: Until such time as Customer's aggregate gross Sikkens brand Paint

purchases under this Agreement exceed 60% of the Term Purchase Commitment or Twelve Million Four Hundred Sixty-One Thousand Seven Hundred Ninety-One Dollars ($12,461,791) (The "Threshold Level"), the unearned Advance will be one hundred percent (100%) of the Advance. See **Exhibit A** at Section 8. B.

36. Pursuant to Section 9. F., Palermo signed the GMP Supply Agreement as a guarantor, in which he agreed to irrevocably and unconditionally guarantee the prompt and complete payment and performance of all of GMP's obligations under the GMP Supply Agreement. See **Exhibit A** at Section 9. F.

37. By letter dated April 27, 2021, pursuant to Section 8 A. (iii) and (viii) of the GMP Supply Agreement, Akzo Nobel provided notice of termination of the GMP Supply Agreement, effective immediately. See 4/27/1 Ltr. From Griffin to Palermo, attached hereto as **Exhibit C**.

38. As of the effective date of termination of the GMP Supply Agreement, GMP's paint purchases totaled only One Million Four Hundred and Eleven Thousand Seven Hundred Dollars and 53/100 (**$1,411,700.53**) and, thus, did not meet the Threshold Level.

39. As a result, pursuant to the express terms of the GMP Purchase Agreement, GMP owes Akzo Nobel Three Million Dollars (**$3,000,000.00**) for the Unearned GMP Advance monies due under the Supply Agreement. See **Exhibit A** at Section 8. B.

40. GMP has fundamentally breached the GMP Supply Agreement with Akzo Nobel by, among other things, refusing to pay Akzo Nobel Three Million Dollars (**$3,000,000.00**) for the Unearned GMP Supply Agreement Advance.

41. As a direct and proximate result of GMP's breaches of the GMP Supply Agreement, Akzo Nobel incurred damages of no less than $3,000,000, plus accrued interest.

## COUNT II

### (Breach of the TEAM RIDE SHARE SUPPLY AGREEMENT)

42. Akzo Nobel re-alleges and incorporates by reference the preceding Paragraphs of its Complaint as if fully set forth herein.

43. The Team Ride Share Supply Agreement is a valid and binding contract between the parties, and the contract is supported by valid consideration.

44. Prior to the termination of Defendants' business relationships with Akzo Nobel, Akzo Nobel fully performed their obligations pursuant to the terms and conditions of the Team Ride Share Supply Agreement.

45. Pursuant to the Team Ride Share Supply Agreement, GMP agreed, among other things, to purchase during the term of the Agreement from Akzo Nobel a minimum of Four Million Five Hundred Sixty Eight Thousand Fifty Nine Dollars ($4,568,059) of Sikkens brand paint, as "calculated based upon gross purchases which shall mean the total paint sales to Team Ride Share during the applicable period before all credits, discounts, rebates, allowances, freight, bad debts, sales taxes and/or other similar taxes." (the "Team Ride Share Term Purchase Commitment"). See **Exhibit D** at Section 2. D.

46. In exchange for the Team Ride Share Term Purchase Commitment, Akzo Nobel agreed to advance to GMP an additional pre-paid discount totaling Two Hundred and Fifty Thousand Dollars ($250,000) (the "Team Ride Share Advance"). See **Exhibit D** at Section 5. A.

47. Pursuant to its terms, if the Team Ride Share Supply Agreement was terminated for any reason prior to the expiration of the term, GMP would be obligated to repay Akzo Nobel the unearned Advance. Specifically, Section 8 B. of the Team Ride Share Supply Agreement provides "If this Agreement is terminated for any reason prior to the expiration of the Term, Customer shall immediately repay in full to Akzo Nobel the unearned Advance. The unearned Advance is determined as follows: Until such time as Customer's aggregate gross Sikkens brand Paint purchases under this Agreement exceed 60% of the Term Purchase Commitment or Two Million Seven Hundred Forty Thousand Eight Hundred Sixty-Five Dollars ($2,740,865) (The "Threshold Level"), the unearned Advance will be one hundred percent (100%) of the Advance. See **Exhibit D** at Section 8. B.

48. By letter dated April 27, 2021, pursuant to Section 8 A. (iii) and (viii) of the Team Ride Share Supply Agreement, Akzo Nobel provided notice of termination of the Team Ride Share Supply Agreement, effective immediately. See 4/27/21 Ltr. From Griffin to Palermo, attached hereto as **Exhibit F**.

49. As of the effective date of the termination of the Team Ride Share Supply Agreement,

GMP's paint purchases totaled only Six Hundred Thousand Dollars ($600,000) and, thus, did not meet the Threshold Level.

50. As a result, pursuant to the express terms of the Team Ride Share Supply Agreement, GMP owes Akzo Nobel Two Hundred and Fifty Thousand Dollars ($250,000.00) for the unearned Team Ride Share Advance. See Exhibit **D** at Section 8. B.

51. GMP has fundamentally breached the Team Ride Share Supply Agreement with Akzo Nobel by, among other things, refusing to pay Akzo Nobel Two Hundred and Fifty Thousand Dollars ($250,000.00) for the unearned Team Ride Share Advance.

52. As a direct and proximate result of GMP's breaches of the Team Ride Share Supply Agreement, Akzo Nobel incurred damages of no less than $250,000, plus accrued interest.

## COUNT III

### Unjust Enrichment

53. Akzo Nobel re-alleges and incorporates by reference the preceding Paragraphs of its Complaint as if fully set forth herein.

54. In exchange for its purchase commitment, GMP received the following benefits from Akzo Nobel: (1) the GMP Advance in the amount of $3,000,000; and (2) the Team Ride Share Advance in the amount of $250,000.

55. Defendants retained the benefits of the GMP Advance and the Team Ride Share Advance without fulfilling their respective purchase commitments and at the expense of Akzo. Thus, Defendants retained these payments, yet Akzo Nobel has not received the benefit of their bargains.

56. For the above reasons, Defendants were unjustly enriched in the amount of $3,250,000.00 at the rate of 10% per annum under Cal. Civ. Code § 3289(b).

## COUNT IV

### COLLECTION ON GUARANTY

57. Akzo Nobel re-alleges and incorporates by reference the preceding Paragraphs of its Complaint as if fully set forth herein.

58. As set forth herein, Palermo executed a Personal Guaranty and an Unconditional

Guaranty in favor of Akzo Nobel, which are binding and enforceable contracts.

59. Specifically, pursuant to Section 8. M. of the GMP Supply Agreement, Palermo executed a Personal Guaranty in favor of Akzo Nobel, in which he agreed to irrevocably and unconditionally guarantee the prompt and complete payment and performance of all of GMP's obligations under the GMP Supply Agreement. See **Exhibit A** at Section 8. M.

60. Similarly, pursuant to Section 8. M. of the Team Ride Share Supply Agreement, Palermo executed a Personal Guaranty in favor of Akzo Nobel, in which he agreed to irrevocably and unconditionally guarantee the prompt and complete payment and performance of all of GMP's obligations under the Team Ride Share Supply Agreement. See **Exhibit D** at Section 8. M.

61. The Unconditional Guarantees are supported by valuable consideration, including, but not limited to, the Unearned GMP Supply Agreement Advance and the Unearned Team Ride Share Advance received by GMP.

62. GMP is in default under the GMP Supply Agreement and the Team Ride Share Supply Agreement.

63. Akzo Nobel declares the entire balance of the Unearned GMP Supply Agreement Advance and the Unearned Team Ride Share Supply Agreement due and payable and hereby demands payment of the same.

64. Palermo has not paid Akzo Nobel the amount due under the Guarantees.

65. As a direct and proximate result of Palermo's breaches of the GMP Supply Agreement and the Team Ride Share Supply Agreement, Akzo Nobel incurred damages of no less than $3,250,000, plus accrued interest.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1. Enter judgment in Plaintiff Akzo Nobel's favor and against Defendants GMP and Palermo in the amount of $3,250,000, representing compensatory damage;

2. Award Plaintiff pre- and post-judgment interest;

3. Award Plaintiff's attorneys' fees and costs of suit;

4. Award all other and further relief as the Court deems just and proper.

Dated: May 5, 2021

Respectfully submitted,
NELSON MULLINS RILEY &
SCARBOROUGH LLP

By: */s/ Crispin L. Collins*
Crispin L. Collins

Attorneys for Plaintiff
Akzo Nobel Coatings Inc.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Akzo Nobel hereby demands a trial by jury of all issues so triable.

Dated: May 5, 2021

Respectfully submitted,
NELSON MULLINS RILEY &
SCARBOROUGH LLP

By: */s/ Crispin L. Collins*
Crispin L. Collins

Attorneys for Plaintiff
Akzo Nobel Coatings Inc.