UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKZO NOBEL COATING INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**GMP CARS, LLC, ET AL.,**<br><br>Defendants. | Case No.: 21-cv-03359-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING DEFAULT JUDGMENT**<br><br>DKT. NO. 41 |

The Court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation, Dkt. No. 41, ("Report") recommending granting of plaintiff's Motion for Default Judgment. In accordance with Federal Rule of Civil Procedure 72, objections were due no later than March 28, 2022. The Court has reviewed the Report carefully and finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, plaintiff's Motion for Default Judgment is Granted.

**IT IS SO ORDERED.**

Dated: June 21, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE